CC-LEK/CLERK

# THE CIVIL BEAT
## LAW CENTER FOR THE PUBLIC INTEREST

700 Bishop Street, Suite 1701  Office: (808) 531-4000
Honolulu, HI 96813  info@civilbeatlawcenter.org

*VIA HAND DELIVERY*

April 4, 2019



Sue Beitia
Clerk of Court
United States District Court
   for the District of Hawai`i
300 Ala Moana Blvd.
Honolulu, HI 96850

RECEIVED
CLERK, U. S. DISTRICT COURT

APR 0 4 2019
1:06 pm
DISTRICT OF HAWAII

Ls

RE: *In re Motion to Unseal Court Records,*
    Misc. No. 19-95

Dear Clerk of Court:

Pursuant to LR 7.7 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, enclosed please find two courtesy copies of Dkt. 1 – Motion to Unseal Court Records, filed today in the referenced action.

This action concerns a criminal case and related cases originally heard by the Honorable Leslie E. Kobayashi — *United States v. Gerard K. Puana,* No. 13-CR-375 LEK and various sealed cases, No. 14-CV-301 LEK-BMK; No. 14-CV-302 LEK-BMK; No. 14-MC-102 LEK-BMK; No. 14-MC-119 LEK-BMK; No. 14-MC-217 LEK-KSC; No. 14-MC-218 LEK-BMK; and No. 14-MC-219 LEK-RLP.

Petitioner Civil Beat Law Center for the Public Interest (Law Center) served lead counsel for the criminal case (Alexander Silvert and Larry Tong) electronically. However, because the other related cases have been sealed in their entirety, the Law Center could not identify the relevant parties or counsel to provide notice of this motion. We would respectfully request that the Clerk of Court provide notice to the appropriate parties.

Respectfully,

R. Brian Black

Enclosures: Dkt. 1 – Motion to Unseal Court Records